# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
## [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

JERRY Donld Billingsley
Name under which you were convicted

CLASS ACTion Join Sue;

303088
Your prison number

vs.

CIVIL ACTION NO. 22-cv-408-JB-MU
(To be supplied by Clerk of Court)

Alabama Homeand Security; Department of Justics Attorney General;
Name of Defendant(s)   Alabama Investigators of Prison <Ianat>

Easterling correctional facility
Place of Confinement and Address

### INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury</u>.

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 12/1/2020

E. <u>Pleading the Complaint</u>. Your complaint <u>should</u> <u>not</u> contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide fair notice <u>to</u> <u>each</u> <u>defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees</u>. This complaint cannot be properly filed unless it is accompanied by the $402.00 filing fee, or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action. If IFP is granted the filing fee is $350.00.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>. All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> handwritten or typewritten. Every document filed after the complaint must have the style of the case and the <u>docket</u> <u>number</u>. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading <u>will</u> <u>be</u> <u>stricken</u>. <u>See</u> Fed. R. Civ. P. 11(a). No notary is required.

H. <u>Certificate of Service</u>. Each pleading filed after the complaint <u>must</u> contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading <u>will</u> <u>be</u> <u>stricken</u> if it does not contain this certificate of service. <u>See</u> Fed. R. Civ. P. 5.

I. <u>Copies</u>. This Court <u>will</u> <u>not</u> make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. <u>Form of Pleadings</u>. <u>Do</u> <u>not</u> write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. <u>No Evidence</u>. No evidence shall be sent to the Court for filing or storing.

**PREVIOUS LAWSUITS.**

2

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
   Yes (✓)   No (✓)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
   Yes (✓)   No ( )

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit:

   Plaintiffs: _____

   _____

   Defendants: _____

   _____

   2. Court (if federal court, name the district; if state court, name the county): _____

   3. Docket Number: _____

   4. Were you granted the opportunity to proceed without payment of filing fees?
   Yes ( )   No ( )

   5. Name of judge to whom the case was assigned: _____

   6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

   _____

   _____

   7. Approximate date of filing lawsuit: _____

   8. Approximate date of ruling by court: _____

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: Almore. Bullock. Foundation

B. Date it occurred: on[3] of Record 2019

C. Is there a prisoner grievance procedure in this institution? No

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes (✓)    No ( )

E. If your answer is YES:

   1. What steps did you take? I wrote 207-208 owe warden. one commission

   2. What was the result? Seek Protection Justice

F. If your answer is NO, explain why not: _____

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

Billingsly show provs of Retolation to crims victims on ground AR 327 excersivs forces of Almos with witness of color 2hw officer ask him can No finsh tob: offecil sths his family sust call, & Hinder two munth wrongful 401 disculing so call victim no bady cart no injure: disciline over 10 day RUS; T-5 Line shon consicheny Kill TMKS study 2evel: and ventress warder sun prorod brond took my chanes go hors 2;3 negatios disciling weres recive centrn1 record didencs show on Thigmint: with 2;3 other disciling out dat) Then procedure retolotrion eex dntnil: For tH3 record I&I report Coo still 200 hunder Dollor took out Account and of now 38.00 Dollor I Hardly Havs fund can't get information from administrting or clothes again no Boko Soap & Jean. shirt every tims Capture sign Reguest woman said she never givsi I Havs No fund under Mr President Bivan Support

## III. PARTIES.

A. <u>Plaintiff</u> (Your name/AIS): Jerry Donald Billingsly

   Your present address: Easterling Correctional Facility

B. <u>Defendant(s)</u>:

1. Defendant (full name) _____ is employed as _____ at _____.

   His/her present address is _____.

   (a) Claim against this defendant: _____

   _____

   (b) Supporting facts (Include date/location of incident):

   _____
   _____
   _____

2. Defendant (full name) _____ is employed as _____

at _____.

   His/her present address is _____.

   (a) Claim against this defendant: _____

   _____

   (b) Supporting facts (Include date/location of incident):

   _____
   _____
   _____

3. Defendant (full name) _____ is employed as _____

at _____.

   His/her present address is _____.

(a) Claim against this defendant: _____
_____.

(b) Supporting facts (Include date/location of incident):
_____
_____
_____

C. Additional Defendants: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: Attempt Assault
Burglary II.

2. When were you convicted? NO

3. What is the term of your sentence? 10 yenr Dallas & 10 yenn Perry
But Tim said 40 year

4. When did you start serving this sentence? 2010

5. Do you have any other convictions which form the basis of a future sentence?
Yes ( )   No (✓)

If so, complete the following:

(a) Date of conviction: _____

(b) Term of sentence: _____

6. What is your expected end of sentence (E.O.S.) date? _____

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no( ) | yes( ) no( ) |
| Expunged | yes( ) no( ) | yes( ) no( ) |
| Invalidated | yes( ) no( ) | yes( ) no( ) |

Writ of habeas yes(✓) no( )   yes( ) no( )
corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____

_____

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

OF TORTURE MUTILATES CRUEL IN HUMAN degrading TREATMENT AND PUNISHMENT WORST THAT ANY KNOW IN UNITED STATES AND HIGH SEA TRADE OF PREVIDENCE I ask for $243,000.00

VI. **AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

10/5/22
Date

Jerry Bellury
(Signature of Plaintiff Under Penalty of Perjury)

EAST 32 Wing Correctional Facility
200 Wallace Drive
Current Mailing Address

Clio, Alabama 36017

334-419-4977 & 334-292-0935
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

7

PAGE 1:

CASE NUMBER;

2:21-CV-00730 WHA
20-00-610-JB-B
2:21-CV-798 ECM-SMD
2.21-CV-410-MHT-CSC

All names are record Ala. Middle - Southern District and Eleventh Circuit;

(X) Exhibit Case 2:21-CV-00730 WHA-CSC Document 18-1 Filed 04/04/22
Rule of Evidence states the Eleventh Circuit send case back to have protection revision of U.S. District Court unit-Montgomery & referenced petition;

(B) Exhibit Information Regarding Prisoner Account Litigation Reform Act, Pub L. no

1. Case No: 2:21-CV-00798-ECM-SMD Document S Filed 03/26/21
   States (Doc. 4) IFP) Granted

Judge: Stephen Michael Doyle
        Emily C. Mark

AR. 208-207 Alabama Complaint Administrative AR. and 327 Excessive Force
Co-2 Damion Pater    Co1- Clay       Co-4 Ashaohiro
Co-1 David           Col- Ms Kelly   Co-3 Calvin

102: Rule Evidence consumer protecting 15/2710 and numbers) call United States Justice Department and Equal Justice and Letter & calls to Ala I&I and Courts) and Agents U.S.

Brief statement violation Const Ala. 1901 amend and F.R.C.P purposes & construction and 816 Fullness- Fairness and adequacy of Henry: There of United States President Mr Biden order support of prisoner and non Federal Prisoner: Mr Billingsley show court for Full 1 year and 1/2 year & 28 cent

Warden McCoy  Case No: 20-00610-JB-B
(Doc) 7 State Billingsly second motion proceed without out "prepayment" fees & order(s) initial motion

(C) Doc. 8 show Billingsly under 1.1 ect did best order court in show prov)

(D)(Doc 10) Mr Billingsly send post mark indicated Honorable Court of Judicial System Justice H) Don't Have funds and did-not when he would have such available;

(3) Federal Rule of Criminal and Civil procedure Circuit and District 1997 title 28 & 28

1. 28 § 2243 Issuances of Writ
2: Rule 24  Prisoner Litigation Reform Act 28 § U.S.C. 1915 (b)
(1) State conflict Indigent Rule 24 (a) Therefore when thee plaintiff show Information Reform Act Prisoner Account then plaintiff should seek procedure without prepayment and without initial pretrial;

(2) Ala. Const. Amend 1901 §16 Fullness-Fairness-Adequacy Hearing

(3.) Thereof weight and credibility of Ala. 226. Effect of State Law the support of United State of American for prisoners and Non Federal confinement;

(4) Now sued of expansive of Prison this Honorable Judge should contect such warden of confinement give inmate a job by filling or fee.

(5) State violation of Rule of procedure of Great State of Alabama Const. Amend 1901 and the United State Federal Rule of criminal & civil procedure order from Supreme Court to Circuit & District;

Plaintiff the he contact member Judicial System of Justice thereof unfair treatment and should vest in crimination

Rul3. 104 PRELimary question

(1.) Is it Mr Billingsly fault that his chart marks people or love-one paid fee?

(2) Is it Billingsly fault his chart work in my fee?

(3.) If Billingsly had any kinds cass in community Hs will B) lock-up then give obedance wet 600.A and hearing fore criminal or civil?

Plantoff will not answer these question could state matter Fact there is Rul3, 2pare regulation of court proceed3 fore protection of Right.

702 Rule evidence

Show on Record that missary middle and Southern District violation const. Right & civil right never give plaintiff answer and hearing.

(F) Exhit show 18§2900 consumer protect ths Billingsly where in crisis defect. High degrading treatment ect.

4. There fore eventh-circuith did follower F.R.C.P. of protect Right send cass back and forward

3/3/22 Dental Medication ... Chew Pill and Trash Reason I cust take new pill chuss ninks my blood Need breaks-down pilow size

4/4/22 Mail to Government around Lunch; Report emergency Hungry Strike & Retaliation Treatment worst then Dog

5/4/22 Around 7:25 Violation Showering
Ventress C.F Doctor: Date: 3/28/2022 Time: 11:30 Ste-7oid Shot > Lochnin E Dormtory Lock-up
→ 7/22/22

10/22/21 Eventh Circuit Time mail Drop 4:50 till 6:00
3/29/22 Dormtory B4 Time: lunck Cart
7/24/22 Macklin Chis Ala. Equnl Justice
Roy Brown, John Fox, Mr. David 5/13/22 4/18/22 5/23/22
8/24/22 ect more call ☎ 334-249-1803

6/25/22 5/20/22 4/25/22 5/13/22 7/5/22 9/22/22 5/24/22
7/5/22 5/23/22 Justice Dept U.S. 877-419-2366
Mr. Sperp - Mr. Mark
I and I 6/26/22 · 8/20/22

C.I.A. Confirm 18§2517 Device use only Agent of Violation From terrorist use Sound China & Russia & ect Agent John Bolton Concern Cause Brain damage Injurs on open Report us since 2016 · CIA Report Former Agent Pelley on 60 min & Remindor president Joe Bivan new Terror Bill 2022 confirm web & phone

3/28/22 Captain Sign Request Fore clother proper All mintter of use Co-4 Goldmouth) Tdate 3/27/2022

3/28/22 I.D Theif Again Show Reco Act From southern prison lost 600.00 till 700.00 on Account while lock-up investighton witness I+I And 18§2710 evidence 3/28/22 Ventress Bomsone pick clothes-up show I.D of ms: on 18§2710

5/2/22 mail F.B.I J.F Hoover
5/2/22 mail White House (Two) Cunsoll letter diffor day president
5/26/22 mail Montgery circuit court Address
P.O. Box 1667
6/14/22 Northern · Circuit Montagey new Address · Barbour County
7/22/22 mail Birmingham

702. Evidence List

1. FOOD CART B-1 5:21 AM DATE 6/7/21
   5:02 till 5:07 no officer CODE

3. Incident Report # YCF-21-00643 → Disc # YCF-21-006
   43-3  DATE OCCURED: May 7 2021  TIME: 12:20 AM
   Dormitory D

4. Circumstances: 4/1/21 Col-Johnny Skelton received
   Faxed confirmation from Salvus 2055

DATE: 05/07/2021

5. Zine confirm 18g 2710 may 19/22 TIME 3:10 PLACE Health Care
6. Ceutian Crisis Cell Consumer protection & observer
   Show no officer on camera or observer watch Report
   Billingsley was on "Hungry Strike" State Refuse sign ect
   Wright Kendra N officer name:

8. Zine Hearing DATE June/2/21  TIME 1:07
   PLACE shift Lt commander office B Dormitory

10. Zine STATE Hearing officer Walker Bondley Q

13. Arresting Official Testimony: Tested positive Confirmed
    By Salvus 2055

14. Inmates Testimony: I Take Strong medication Blood Pressure &
    Hypnosis B. I don't do ICE and Crystal Meth.

    22 DAY  487 ALa. Disciplinary procedure
    As TI Rule 1.3 Computation 3n2n7s mint of Time
    (B) Judgement (1)(2)

| | DATE | TIME | PLACE |
|---|---|---|---|
| Officer J. Pier | 9/22/2020 Incident | 1:34 P.M | Housing Unit K Restroom Area |
| CO-3 Spencer Mavicek | Oct. 7, 2020 Due process | 13:00:00 Oct 2 10 Day | Restrictive Housing |
| | Worded Date 10/20/2020 | | |

&lt;EXHIT&gt; B
Postponement of Disciplinary
Run Date 9/30/2020
Ship NO: DISC007
Disc NO: KCF-20-01703-1
Show correct custody level
Name inmate. Institution.
Officer Name served the
Extension CO-2 Diet will
Date 9/30/20 &lt;8 Day
Afert Have Hearing in
Up stair showing whils Bath Nars:

Rule AMA procedure unit state prison committee of
403 Discipline:

1. All 5 line must be correct

2. The officer of A-Doc- Administrative Nob 10 Day
And Ala. R. Jud. Admin. Rule 5 &lt;B&gt; &lt;C&gt; Less &lt;7&gt; Day
intermediate Sturdy. Sunday. Legal Holiday Day

3. The warden have same day as officer sign
Final if Prove or Not

1. Report number: KCF-20-01703    Disc # KCF-20-01703-1

1. Line error is custody level
2. Line error is Institution State St Cloit Correctional Fac plus
18§248 of Deprivation of right color of law premeditote two
Attempt Conspiracy /F/ Presumption &lt;a&gt; Hinder law
Fac. And commit murder.
3. Line error of proper Time of Day Hour EXHIT &lt;A.M&gt;
4. Line state differ Date of incident of Tuesday, Sep. 23, 2020 and Line
1 State Sep. 22, 2020    decript "T.Heat" or "Assbult" Element

Joseph Headley   2:22-cv-00410-MHT-CSC
Charles S. Coody   UNITED STATES MAGISTRATE JUDGE
Myron H. Thompos   DISTRICT Judge

UNITED STATES OF Appeal Fore THE Eleventh CIRCUIT:
David J. Smith   Judge: Rosen Baum Grant
               Luck Circuit Judge

                                                    WHA-CSC
                                              2:27-CV-00730
                Ala. Midd District
                2:21-CV-00798-ECM-SMD          Senior U.S. District
                                              W. Harold Albritton
                                              /s/ Charles S. Coody
Stephen Michael Doyle Judge                   Magistrate Judge
Debra P. Hackett Clerk

Emily C. Mark   Chief U.S. District Judge

Damion Pactez Sgt.
CO-1 David      CO-1 Ms. Mahomo
CO-1 Smith      CO-1 Ms. Kelly
CO-1 Clay       CO-3 Calvin

                                              20-00670-JB-B

        Warden    Warden Cook    Deputy McCoy

CO-2 Sgt. Founder               U.S. Magistrate Judge
                                    Sonya F. Bivins
3 TH Shifted

CO-4 Knight                     1:20-CV-00610-JB-B
                                    Warden Cook

                                Jeffrey U. Beaverstock
                                    U.S. District Judge

DOCUMENT 1 FILED 03/17/2022 MESSAGE FROM THE HOUSE OF REPRESENTATIVE'S ETHICS REFORM ACT OF 1989. THE DEMOCRATIC STEERING COMMITTEE. THE HOUSE OF LEGISLATIVE AND BRANCH'S AND THE HOUSE OF CONGRESS. THE JUDICIAL CONFERENCE OF THE UNITED STATE. THE SECRETARY OF THE TREASURY. THE FEDERAL BUREAU OF INVESTIGATION OF DWIGHT D. EISENHOWER THE BLAIR HOUSE OF THE WHITE HOUSE OF THE UNITED STATE'S PRESIDENT MR. BIVAN AND WHITE HOUSE VICE PRESIDENT. AND METROPOLITAN AREA CAMP DAVID OF MARYLAND: DEPARTMENT OF JUSTICE. THE DEPUTY DIRECTOR OF CENTRAL INTELLIGENCE. THE UNITED STATE DEPUTY. ASSOCIATE. ASSISTACE OR ANY GENERAL INSPECTOR

THESE AGENT AND BRANCH MUST BE EXGENMECY CONTACT EACH WITH COPY:

THIS IS JERRY DONAID BILLINGSLEY AIS 303088: THE PETITIONER AND DEFENDER CASE NO: 21-121-43-E; CASE NO: 2:21 CV 470-MHT (WO); CASE NO: 2:21-CV-198-ECM; CASE NO: 20-00610-JB-B; CASE NO: 2070000028 AND MASTER FILE NO: 2:13-CV-20000-RDP UNIQUE ID QWSB6475X6

FULL REPORT:

I JERRY DONAID BILLINGSLEY A IMATE SINS AND NO PRIVACY OF CHAPTER 88 18§1801 VIDEO VOYEURIM AND CHATER 113C-TORTURE SWORN BY ALL MIGHT GOD AND STATE'S AN OATH VOW'S AND PROMISE BEFORE ALL MIGHT GOD AND HEAD OF STATE THAT THES FORE GOING STATEMENT ARE IN FACT AFFIDAVIT TRUE WITH MY LIFE AND LIBERTY AND PLEDGE OF THES OF THE UNITED STATE DECLARATION OF INDEPENDENCE AND FLAG AND CIVIL RIGHT OF CONSTITUTION: IN OPEN STATEMENT WITH ALABAMA DEPARTMENT OF CORRECTION AGENT OF THE PRISON OF BUREAU OF 18§2710 CONSUMER PROTECTION AND RECORDATION: THAT ALABAMA ADMINISTRATIVE STATE EMPLOYEE UNDER STANDARD OF CONDUCT'S OF THE PROVISION OF TITLE 14 §14-11-1 AND 14-11-4 CODE OF ALABAMA (1925) STATE THAT SECTION V(a)(7) PROVIDE PROVISION ACT: ALL LAWS. RULES AND REGULATION TO BE ADHERE UNDER FULL STANDARD OF PROCEEDING (AR 207-208): UNDER SUCH A HIGH INVESTIGATE SCRAMBLED ENCRYPED AND CHAPTED 119 WIRE AND ELECTRONIC COMMUNICATIONS INTERCEPTION AND INTERCEPTION OF SUCH STATE ARK ORAL COMMUNICATION:

DOCUMENT 3    FILED 03/17/2022    PAGE 16 OF 20

THE PLAINTIFF AND DEFENDANT KNOWN JERRY DONIED BILLINGSLEY; CAN'T GO TO FULL DETAILED OF MATTER OF CIRCUMSTANCE OF REASON FOR SUCH RETALIATED OF COLOR OF LAW AND JUSTICE CAUSE OF LIFE AND DANGER OF SUCH ~~SCIENTIFIC~~ OR TECHNOLOGICAL INFORMATION OF SUCH ACT OF VIDEO VOYEURISM · PRIVACY · AND ACT OF 1978 TITLE 50 WAR AND NATIONAL DEFENSE AND COMMUNICATION ACT 1934 SECTION 708; THAT THE UNITED STATE NEED EMERGENCY WARRANT FOR REMOVAL TO LOCAL COUNTY OF STAY OF PERRY COUNTRY ONLY ON SUCH HIGH COMPLAINT TO DEPARTMENT OF JUSTICE AND ALABAMA AGENT OF THE PRISON IANOI AND HIGH VIOLATION OF RETALIATION OF COLOR OF LAW STATE EMPLOYEE; UNDER TRUE VOW'S AND OATH ON CIVIL CASE UNITED STATE SUPREMA COURT UNDER FEDERAL RULES OF PROCEDURE STATE THAT UNDER REPRESENTATION ACT OF 1968 CODE 18 U.S.C. 3006A AND THE UNITED STATE SUPPORT OF UNITED STATE PRISON IN NON FEDERAL INSTUTION A-1-3-B UNDER 18 § 4007 EXPENSES OF PRISONER; THE UNITED STATE SUPREMA COURT GUIDELINE FOR CRIMINAL FEDERAL RULE OF PROCEDURE THAT UNDER TITLE VI. HABEAS CORPUS PROCEEDING IN FORMA PAUPERIS THAT SUCH INMATE should show COURT CERTIFICATE ON INCOME STATEMENT; IN OF RULE 24(a)(2) SUCH INMATE should PROCEED "WITHOUT PREPAYING OR GIVING SECURITY FOR FEE AND COSTS; IN UNDER RULE 2. THE PETITION 33 F.R.D. 363, 384 STATE SUCH INMATE IS UNDER OUTWEIGH SUFFICIENT OF COMMON CONSTITUTINAL GROUND FOR RELIEF. AND RULE 3 FILE THE PETITION ADVISORY COMMITTEE 1976 ADOPTION THAT PRESCRIED PRESENTLY should BE $5 DOLLAR TOGETHER WITH CERTIFICATION showing AMOUNT OF FUND IN INMATE INSTITUTIONAL ACCOUNT AND PETITIONER COUNSEL should be Appointed. IN UNDER RULE OF GOVERNING PROCEEDINGS THAT CHARGING IS $15.00 DOLLAR OF PAID FILING FEE; THE UNITED STATE PREAMBLE STATE; WE THE PEOPLE OF THE UNITED STATE, IN ORDER TO FORM A MORE PERFECT UNION ESTABLISH JUSTICE INSURE DOMESTIC TRANQUILITY, PROVIDE FOR COMMON defense; PROMOTE THE GENERAL WELFARE

THIS REVIEW OF SUCH A FOREIGN INTELLIGENCE SURVEILLANCE ACT OF 1978 AND TITLE 50 OF WAR AND NATIONAL DEFENSE OF A COMMUNICATION ASSISTANCE FOR LAW ENFORCEMENT UNDER ACT 18 § 2522: OF SUCH CODE 18 § 2510 CHAPTER 119 WIRE AND ELECTRONIC COMMUNICATIONS INTERCEPTION AND INTERCEPTION OF ORAL COMMUNICATION OF SUCH ELECTRONIC MAGNETIC AND PHOTOELECTRONIC THAT THE NATIONAL COMMISSION FOR SUCH THE REVIEW OF FEDERAL AND STATE LAW RELATING TO WIRETAPPING AND ELECTRONIC SURVEILLANCE OF THE SECTION 804 OF PUB. L. 90-351; LAWS REVIEW UNDER FEDERAL AND STATE LAW PROVISIONS TO THE UNITED STATE PRESIDENT AND TO CONGRESS OF April 30, 1976 AND UNDER THE UNITED STATE PRESIDENT AND CONGRESS A TERMINATION ON FIND UNDER RECOMMENDATION OF SIXTY DAY OF SUCH EFFECTIVENESS AND ORDER A SUBMISSION OF A FINAL REPORT: TO ALL EXCUSION OF HEAD STATE AND UNITED STATE BRANCH'S OF ALL AGENTS: THE UNITED STATE CODE AND RULE STATE SUCH JUDGE OR AGENTS OR LAW ENFORCEMENT MUST SET A PERIOD LONGER NO MORE THAN 30 DAYS: IN IF NECESSARY A JUDGE WILL INVESTIGATE AS SET FOR SUCH RULE THAT ONLY THE JUDGE HAD SUCH A RIGHT TO A PRIVACY SUCH AND TITLE WITH ME THAT THE ADMINISTRATIVE OF ALABAMA CORRECTIONAL HERE AT VENTRESS AND GENERAL POPULATION KNOW WHEN I SHOWER USE RESTROOM SEE PERSONAL ADDRESS AND NUMBER AND LEGAL DOC AND ALSO SEE THE PICTURE IN MY BRAIN: FEDERAL RULE'S LAW'S AND REGULATIONS STATE THAT FEDERAL INVESTIGATE PROSECUTIVE HAVE JURISDICTION AND SUCH VIOLATION EXERCISE JURISDICTION OF STATE AND LOCAL AUTHORITY: THAT THE FEDERAL BUREAU OF INVESTIGATE SHOULD BE ASSISTED WITH AGENCY INCLUDING THE UNITED STATE ARMY · NAVY · AND AIR FORCE: UNDER SUCH VIOLATION OF CIVIL OBEDIENCE ACT OF 1968 18 § 231 AND SUCH RETALIATION OF BRIBERY AND CORRUPTION OF SUCH COURTS OF JUDGE'S AND SUCH DISRESPECT FOR UNITED STATE LAW OF JUSTICE UNDER COLOR OF LAW OF THE TERM CONSPIRACY ON RULE'S LAW'S AND REGULATIONS CODE OF THE UNITED STATE 18 § 203 AND 18 § 242; UNDER SWORN VOW'S AND OATH OF UNITED STATE DECLARATION OF INDEPENDENCE AND PLEDGE ALLEGIANCE OF COUNTRY THEE: THAT ALL MY SUIT IS PREVIDENCE OF MIGHT GOD TRUE AND EX UNDER PROVE OF CONSUMER PROTECTION 18 § 2710

On new amendment of Federal Code and Rule For3 Criminal Procedure of Appellate Procedure of 1997 Revised Rules of the United States Supreme Court:

To the United State Inspector of Branch of House Judiciary General, Sucurities Corporation, Central Intelligence, and Secretary of Homeland Security and House of Representative and House of Congress and President Mr Joe Biyan and Vice;

Mr Jerry Donald Billingsley State Classed Information Proceed under personnel court or ect; the Department of Justice Security and Executive Branch State a Ground Section 3 of the Act of Protective from Judge's and Security Officer; on the Ground (B.) Safe Keeping of Law's, Rule's and Regulation's of United State General Service Administration: Under FED: 18 § 1801 of term Photograph Video record broadcast such visual image of private area's, naked, genitals public area as Buttocks, Restroom useing, phone number of legal and family's and the most worst of all the whole community of Alabama Prison coor of Law administraty3 employee and the whole Alabama Correctinal Facility Prison's know about my Suit, enemy, and Report's and Privatecy of Number such's as Day of Birth, Social Security Number, family and friend's name's town of stay and address and number: the most ungodly and unhumening This is the whole Prison's system in Alabama and Administrative See me under dress such naked usual as Restroom, Showering and See every Thing's I do on a 24 hour watch fore past 25 month as I know:

We See of a DCS 1000 (Carnivore) give us a point in a minority member such as Street gang's (a) definition's of Violent controlled of a group's of Club's, organizaization's, and Association's of a Team that can be ongoing as a Number 1tills: Under use of DCS 1000 a Law-Enforcement or under 18 FED 2512 such a powre of Fund's can order through mail:

DOCUMENT 6   FILED 05/27/2022   PAGE 19 of 20

THE UNIT3D STATE SUPR3MA COURT FED. RULE'S CAN NOW S33 WITH CLEAR HEART'S AND JUSTICE THAT ALABAMA DISTRICT COURT AND TH3 UNIT3D STAT3 COURT OF APPEALS OF TH3 ELEV3NTH CIRCUIT OF THE STAT3 OF GEORGIA: IS IN FACT'S UND3R SUCH CONSTITUTION VIOLATION OF ARTICLE II SECTION 4 ON GROUND THAT CIVIL OFFICER'S OF UNIT3D STAT3'S B3 R3MOVE OF TREASON SUCH BRIBERY OF FED CIVIL RIGHT UNDER A GROUD ARTICL3 XV SECTION 1. OF THE UNIT3D STATE CIVIL OB3DIENC3 ACT'S OF 1968 FED. 18 § 231 AND B3 D3NI3D OR DEPRIVAT3 OF RIGHT UND3R COLOR OF LAW FED. 18 § 242 AND BROUGHT UNDER VIOLATION FOR3 ACT OF CONSPIRACY FED. 18 § 241 ON GROUND CODE FED. 18 § 3626 · 18 § 4001; 4087 · 3624 · 3621 · 28 § 2250 · 18 § 205-216 FED. 113-C TORTUR3 · 7209 · 1341 · 1700 · 3006 (A) · 4007 · A-1-3-B AND FED. CODE AND RULE'S R3TALIATION OF GOVERNMENT EMPLOY33 AND STATE'S CORRECTIONAL PRISON'S ABUSIV3 · PHYSICAL FORC3 AND M3DICAL CARE TREATMENT AND BED AREA CONDITION OF PLAC3M3NT AND CONDITION'S AND VIOLATION OF PROPER S3CRITY UND3R STATE EMPLOY33'S AND INMAT3 UND3R REPORT IN R3PORT TO R3PORT:

IN VOILATION OF FED 18 2518 AUTHOZIZING MIMIMI23 OR EXT3NSION OF JUDG3'S ORDER'S IN A 9IND FRAME DESIGN FOR3 ATTORN3Y GENERAL AND COURT'S S3CURITY IF SO DON3 BY ALABAMA A·B·I· · THER3 WAS A THIRTY-DAY LIMIT W3 IS OV3R UP TILL 25 MONTH: I REPORT I CAN'T SL33P FOR3 THERE BEHAVIOR COMMUNICATION TALK THAT CAUS3 M3 LOSE MY HIGH-S3LF AND TO HEAR MY BUSIN3SS SP3AKING 3V3RY WHERE: I B33N HELD PRISON IN PRISON UNDER FALSE LI3'S EVEN ON 5/16/2021 K33P M3 H3R3 IN PRISON: STAT3 I N33D EM3RG3NCY V3NUE CHANC3 FROM ALABAMA PRISON SYSTEM AND S33 HONORABL3 JUDGE AND JUSTICE PERSON OF LAW'S. I WILL PROT3CT MYSELF THE BEST I CAN TO PROT3CT COM3:

JERRY Donald Billingsly
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

Inmates Legal mail
Dormitory C2 59 B

**LEGAL USE ONLY**

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."



ZIP 36017  $001.29
02 7H
0001310127  OCT 14 2022

UNITED STATES DISTICT COURT
SOUTHERN DISTICT of ALABAMA
CLERK

155 ST. Joseph STREET
MOBILE, ALABAMA
36602